IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BELINDA ACUNA d/b/a SACRED HEART MOVING AND STORAGE and PHILLIP HOLGUIN,<br>    Plaintiffs,<br><br>v.<br><br>CINDY MARTIN and DR. ROBERT MARTIN,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-17-CV-117-DB |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters Final Judgment under Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **18th** day of **October 2017**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE